# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| G S M A L KENNELS LLC | CIVIL CASE NO. 6:25-CV-00254 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ESTATE OF TERRY V BILLS JR. ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, considering the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 39] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 38] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, BP America Production Company's MOTION FOR JUDGMENT ON THE PLEADINGS [Doc. 33] is GRANTED. Plaintiff's breach of contract and tort claims are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 8th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE