**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

| | |
|---|---|
| GSMAL KENNELS, LLC | CIVIL ACTION NO. 25-0254 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| ESTATE OF TERRY V. BILLS, JR., ET AL. | MAGISTRATE JUDGE WHITEHURST |

---

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections having been filed herein, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Remand filed by the plaintiff, GSMAL Kennels, LLC, Record Document 69, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 2nd day of November, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE